# EXHIBIT B



# Pets by the Numbers

## U.S. Pet Ownership, Community Cat and Shelter Population Estimates

### Understanding the Data

Obtaining accurate statistical data about pets in the United States isn't easy. Most of the information is based on estimates derived from surveys, and the various survey-takers don't always agree. Data reflecting shelter/rescue animal populations is spotty due to a lack of reporting requirements, which leaders in animal welfare are aiming to address with the Shelter Animals Count project.

There are two main sources of pet demographics in the United States: the biennial *APPA National Pet Owners Survey* by the American Pet Products Association, and the *U.S. Pet Ownership & Demographics Sourcebook* by the American Veterinary Medical Association (AVMA) which is published every five years. Together these surveys provide data about trends in pet ownership and produce a reasonably accurate estimate of the total number of dogs and cats.

*If just one of every five Americans wanting to add a cat or dog to their family in the next year adopted from a shelter or rescue, not one single healthy, treatable cat or dog would lose his or her life in a shelter! Photo by Michelle Riley/The HSUS*

### The Numbers

#### U.S. Pet Ownership Estimates

| FACT | 2012 AVMA SOURCEBOOK | 2015-2016 APPA SURVEY |
|---|---|---|
| Number of households with a pet | 66.5 million (year-end 2011) | 79.7 million |
| Percentage of households with a pet | 56% (year-end 2011) | 65% |
| Pet-owning households with more than 1 pet | 62.2% | 42% |
| Estimated number of pet dogs and cats | 144.1 million | 163.6 million |
| Percentage of pet-owners who consider their pets to be family members | 63.2% | |
| Percentage of pet-owners who consider their pets to be pets or companions | 35.8% | |
| Percentage of pet-owners who consider their pets to be property | 1% | |
| Average amount spent on veterinary care per year, per pet (cat or dog) | $158.50 | $1,288.50 |