# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

TAMARA MOORE, et al.,

        Plaintiff(s),

v.

MARS PETCARE US, INC., et al.,

        Defendant(s).

Case No: 16-cv-07001-MMC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, James T. McKeown, an active member in good standing of the bar of Wisconsin, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: PetSmart, Inc. in the above-entitled action. My local co-counsel in this case is Eileen R. Ridley, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| FOLEY & LARDNER LLP<br>777 East Wisconsin Avenue<br>Milwaukee, Wisconsin 53202-5306 | FOLEY & LARDNER LLP<br>555 California Street, Suite 1700<br>San Francisco, California 94104-1520 |
| MY TELEPHONE # OF RECORD:<br>(414) 297-5530 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 434-4484 |
| MY EMAIL ADDRESS OF RECORD:<br>jmckeown@foley.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>eridley@foley.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1010602.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: January 9, 2017

/s/ James T. McKeown
APPLICANT
James T. McKeown

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of James T. McKeown is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 10, 2017

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**WISCONSIN SUPREME COURT**
OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Diane M. Fremgen
Clerk

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

# CERTIFICATE OF GOOD STANDING

I, Diane M. Fremgen, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

**JAMES T. MCKEOWN**

was admitted to practice as an attorney within this state on September 18, 1984 and is presently in good standing in this court.

Dated: December 30, 2016

DIANE M. FREMGEN
Clerk of Supreme Court