IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA MOORE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MARS PETCARE US, INC., et al.,<br><br>　　　　Defendants. | Case No. 16-cv-07001-MMC<br><br>**ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |

　　　　Before the Court are three motions: defendant Royal Canin USA, Inc.'s ("Royal Canin") "Motion for Summary Judgment on Plaintiff Greta Ervin's Claims" (see Dkt. No. 222), noticed for hearing on March 3, 2023; defendant Mars Petcare US, Inc.'s ("Mars") "Motion for Summary Judgment on Plaintiff Renee Edgren's Claims" (see Dkt. No. 223), noticed for hearing on March 3, 2023; and defendants Hills Pet Nutrition, Inc., Mars Petcare US, Inc., and Royal Canin USA, Inc.'s "Motion to Strike or Exclude Unpled Claims, or, Alternatively, for Judgment on the Pleadings (see Dkt. No. 232), noticed for hearing on March 24, 2023.

　　　　As the three motions present overlapping issues, the hearings on the above two summary judgment motions are hereby CONTINUED to March 24, 2023.

　　　　**IT IS SO ORDERED.**

Dated: February 23, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge