1

2

3

4                           IN THE UNITED STATES DISTRICT COURT

5                         FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7    TAMARA MOORE, et al.,                    Case No.  16-cv-07001-MMC

8                Plaintiffs,                  **ORDER DENYING *DAUBERT*
                                             MOTIONS; GRANTING IN PART AND
9         v.                                 DENYING IN PART PLAINTIFFS'
                                             MOTION TO EXCLUDE/STRIKE;
10   MARS PETCARE US, INC., et al.,           DEFERRING RULING ON
                                             PLAINTIFFS' MOTIONS FOR CLASS
11               Defendants.                  CERTIFICATION; SETTING BRIEFING
                                             SCHEDULES**

12

13

14       Before the Court are "Defendants' *Daubert* Motion to Exclude Plaintiffs' Materiality

15   Expert Thomas Maronick" (Doc. No. 277), "Defendants' *Daubert* Motion to Exclude the

16   Opinions and Testimony of Plaintiffs' Proffered Consumer Survey Expert Rebbecca

17   Reed-Arthurs" (Doc. No. 278), "Defendants' *Daubert* Motion to Exclude Plaintiffs'

18   Damages Expert Janet Netz" (Doc. No. 279), "Plaintiffs' *Daubert* Motion to Exclude

19   Joshua Anderson" (Doc. No. 304), "Plaintiffs' *Daubert* Motion to Partially Exclude Sarah

20   Butler" (Doc. No. 305), "Plaintiffs' Motion to Exclude or Strike Docket Entry 350" (Doc.

21   No. 353), "Plaintiff Greta L. Ervin's Motion for Class Certification as to Defendant Royal

22   Canin U.S.A., Inc." (Doc. No. 261), "Plaintiffs' Motion for Class Certification as to

23   Defendant Hill's Pet Nutrition, Inc." (Doc. No. 262), and "Plaintiff Renee Edgren's Motion

24   for Class Certification as to Defendant Mars Petcare US, Inc." (Doc. No. 264).

25       The matters came on regularly for hearing on November 17, 2023. Michael L.

26   McGlamry and Kimberly J. Johnson of Pope McGlamry, P.C., Matthew D. Davis of

27   Walkup, Melodia, Kelly & Schoenberger, Edward J. Coyne III of Ward and Smith, P.A.,

28

*United States District Court*
*Northern District of California*

and Ellen M. Carey of Forde & O'Meara LLP appeared on behalf of plaintiffs.  Hannah Y. Chanoine, Amy J. Laurendeau, and Bruce P. Crawford of O'Melveny & Myers LLP appeared on behalf of defendant Hill's Pet Nutrition. Stephen D. Raber and Joseph S. Bushur of Williams & Connolly LLP appeared on behalf of defendants Mars Petcare US and Royal Canin USA.

Having considered the papers filed in support of and in opposition to the motions, as well as the parties' respective oral arguments, the Court, for the reasons stated on the record at the hearing, rules as follows:

1. Defendants' *Daubert* Motions are hereby DENIED.

2. Plaintiffs' *Daubert* Motions are hereby DENIED.

3. Plaintiff's "Motion to Exclude or Strike Docket Entry 350" (Doc. No. 353) is hereby GRANTED as to Exhibit B and in all other respects DENIED.

4. Ruling on plaintiffs' Motions for Class Certification is hereby DEFERRED pending supplemental briefing.

5. The parties shall file, no later than December 1, 2023, a stipulated supplemental briefing schedule as to predominance and damages.

6. Plaintiff shall file, no later than December 1, 2023, any supplement to its Reply as to Cynthia Welton's adequacy as class representative, such filing to consist solely of citations to her deposition page numbers.

**IT IS SO ORDERED.**

Dated: November 21, 2023

MAXINE M. CHESNEY
United States District Judge