IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA MOORE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MARS PETCARE US, INC., et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-07001-MMC<br><br>**ORDER RE: PLAINTIFFS' MOTION FOR LEAVE TO FILE SEVENTH CIRCUIT'S ORDER** |

Before the Court is "Plaintiffs' Motion for Leave to File Seventh Circuit's Order Denying Hill's Pet Nutrition, Inc.'s Petition for Permission to Appeal Class Certification in Illinois," filed December 1, 2023, and noticed for hearing on January 5, 2024. The Court deems the filing a motion for administrative relief, see Civil L.R. 7-11, and hereby sets December 8, 2023, as the deadline for any response thereto. Unless the Court otherwise orders, no further briefing shall be filed on the matter.

**IT IS SO ORDERED.**

Dated: December 1, 2023

　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge