| | |
|---|---|
| Michael A. Kelly (CA State Bar #71460) | Daniel Shulman (MN State Bar #100651) |
| mkelly@walkuplawoffice.com | dan@shulmanbuske.com |
| Matthew D. Davis (CA State Bar #141986) | SHULMAN & BUSKE PLLC |
| mdavis@walkuplawoffice.com | 126 North Third Street, Suite 401 |
| WALKUP, MELODIA, KELLY & SCHOENBERGER | Minneapolis, Minnesota 55401 |
| 650 California Street, 26th Floor | Telephone: (612) 870-7410 |
| San Francisco, California 94108-2615 | Facsimile (612) 870-7462 |
| Telephone: (415) 981-7210 | *Admitted Pro Hac Vice* |
| Facsimile: (415) 391-6965 | |
| | |
| Michael L. McGlamry (GA State Bar #492515) | Lynwood P. Evans (NC State Bar #26700) |
| mmcglamry@pmkm.com | lpe@wardandsmith.com |
| Kimberly J. Johnson (GA State Bar #687678) | Edward J. Coyne III (NC State Bar #33877) |
| kimjohnson@pmkm.com | ejcoyne@wardandsmith.com |
| *Admitted Pro Hac Vice* | Jeremy M. Wilson (NC State Bar #43301) |
| Caroline McGlamry (CA State Bar #308660) | jw@wardandsmith.com |
| carolinemcglamry@pmkm.com | WARD AND SMITH, P.A. |
| POPE MCGLAMRY, P.C. | 127 Racine Drive |
| 3391 Peachtree Road, NE, Suite 300 | Wilmington North Carolina 28403 |
| Atlanta Georgia 30326 | Telephone: (910) 794-4800 |
| Telephone: (404) 523-7706 | Facsimile: (910) 794-4877 |
| Facsimile: (404) 524-1648 | *Admitted Pro Hac Vice* |

Ellen M Carey (CA State Bar #310922)
ecarey@fordellp.com
Forde & O'Meara LLP
191 North Wacker Drive
Ste 31st Floor
Chicago, IL 60606
Telephone: (312) 641-1441

**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA MOORE, GRETA L. ERVIN, NICHOLS SMITH, RENEE EDGREN, and CYNTHIA WELTON on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARS PETCARE US, INC.; ROYAL CANIN U.S.A., INC.; and HILL'S PET NUTRITION, INC.;<br><br>Defendants. | Case No. 3:16-cv-7001-MMC<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER RE CASE MANAGEMENT CONFERENCE**<br><br>**Action Filed:  12/07/16**<br>**Trial Date:      unassigned** |

---

1

1    Counsel for plaintiffs and defendants inadvertently failed to address the Case
2 Management Conference set for December 15, 2023 when they submitted their joint
3 stipulation regarding supplemental briefing. Counsel for plaintiffs and defendants
4 have met and conferred about their respective schedules, and have stipulated to the
5 following:

- Further Case Management Conference set for 12/15/23 at 10:30 AM in San Francisco (Videoconference Only) is stricken.
- Further Case Management Conference set for 3/22/24 at 10:30 AM in San Francisco (Videoconference Only).

So stipulated.

Dated:  December 8, 2023        WALKUP, MELODIA, KELLY & SCHOENBERGER

By:    /s/ Matthew D. Davis
       MATTHEW D. DAVIS
       Attorneys for PLAINTIFFS

Dated:  December 8, 2023        O'Melveny & Myers LLP

By:    /s/ Hannah Y. Chanoine
       HANNAH Y. CHANOINE
       Attorneys for Defendant
       Hill's Pet Nutrition, Inc.

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
STIPULATION AND ~~PROPOSED~~ ORDER RE CASE MANAGEMENT CONFERENCE - CASE NO. 3:16-cv-7001-MMC

Dated: December 8, 2023          WILLIAMS & CONNOLLY LLP

By: _____/s/ Stephen D. Raber_____
STEPHEN D. RABER
Attorneys for Defendants
Mars Petcare US, Inc. and Royal Canin
U.S.A., Inc.

For good cause appearing, IT IS SO ORDERED.

Dated: December 8, 2023

*Maxine M. Chesney*
Hon. Maxine M. Chesney
United States District Court Judge

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

3

STIPULATION AND ~~PROPOSED~~ ORDER RE CASE MANAGEMENT CONFERENCE - CASE NO. 3:16-cv-7001-MMC