IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TAMARA MOORE, et al.,

          Plaintiffs,

      v.

MARS PETCARE US, INC., et al.,

          Defendants.

Case No.  16-cv-07001-MMC

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SEVENTH CIRCUIT'S ORDER**

Before the Court is plaintiffs' motion, filed December 1, 2023, "for Leave to File Seventh Circuit's Order Denying Hill's Pet Nutrition, Inc.'s Petition for Permission to Appeal Class Certification in Illinois."  On December 8, 2023, Defendant Hill's Pet Nutrition, Inc. filed a Response, in which it states it does not oppose the motion, but with the "clarification" that the denial of the petition was not unanimous.  (See Doc. No. 365 at 1.)

The Court having read and considered the parties' respective submissions, and finding good cause for the relief requested, the motion, with the clarification noted, is hereby GRANTED, and plaintiffs are hereby DIRECTED to file, as a recent decision and without oral argument, the above referenced Seventh Circuit order.

**IT IS SO ORDERED.**

Dated: December 11, 2023

MAXINE M. CHESNEY
United States District Judge

United States District Court
Northern District of California