UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMARA MOORE, et al,,<br><br>Plaintiffs,<br><br>v.<br><br>MARS PETCARE US, INC, et al.,<br><br>Defendants. | Case No. 3:16-cv-7001-MMC<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS TAMARA MOORE, NICHOLS SMITH, AND CYNTHIA WELTON'S MOTION FOR LEAVE OF COURT TO FILE SUPPLEMENTAL SUR-REPLY IN SUPPORT OF HER MOTION FOR CLASS CERTIFICATION AS TO DEFENDANT HILL'S PET NUTRITION, INC.<br><br>Action Filed:   12/07/16<br>Trial Date:     unassigned |

Following Supplemental briefing Ordered by the Court, Plaintiffs Tamara Moore, Nichols Smith, and Cynthia Welton moved for Leave of Court to File a Supplemental Sur-Reply in support of their Motion for Class Certification as to Defendant Hill's Pet Nutrition. Because Plaintiffs have the burden on class certification, the Court will grant leave for Plaintiffs to file a short sur-reply, not to exceed 6 pages.

Accordingly, for good cause shown, Plaintiffs' Motion for Leave of Court to File Supplemental Sur-Reply is GRANTED. Plaintiffs are instructed to file their Sur-

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE OF COURT TO FILE SUPPLEMENTAL SUR-REPLY ISO HER MOTION FOR CLASS CERTIFICATION AS TO DEFENDANT HILL'S PET NUTRITION, INC. - CASE NO. 3:16-cv-7001-MMC

1 | Reply as a separate docket entry within two (2) business days of the entry of this
2 | ORDER.

4 |      IT IS SO ORDERED.

6 | DATED:  February 21, 2024

                                                        */s/ Maxine M. Chesney*
The Honorable Judge Maxine M. Chesney
United States District Court Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE OF COURT TO FILE SUPPLEMENTAL SUR-REPLY ISO HER MOTION FOR CLASS CERTIFICATION AS TO DEFENDANT HILL'S PET NUTRITION, INC. - CASE NO. 3:16-cv-7001-MMC