UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMARA MOORE, et al,,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MARS PETCARE US, INC, et al.,<br><br>　　　　Defendants. | Case No. 3:16-cv-7001-MMC<br><br>**[PROPOSED] ORDER GRANTING RENEE EDGREN'S MOTION FOR LEAVE OF COURT TO FILE SUPPLEMENTAL SUR-REPLY IN SUPPORT OF HER MOTION FOR CLASS CERTIFICATION AS TO DEFENDANT MARS PETCARE US, INC.**<br><br>Action Filed:　12/07/16<br>Trial Date:　　unassigned |

Following Supplemental briefing Ordered by the Court, Plaintiff Renee Edgren moved for Leave of Court to File a Supplemental Sur-Reply in support of her Motion for Class Certification as to Defendant Mars Petcare US, Inc. Because Plaintiff has the burden on class certification, the Court will grant leave for Plaintiff to file a short sur-reply, not to exceed 6 pages.

Accordingly, for good cause shown, Plaintiff's Motion for Leave of Court to File Supplemental Sur-Reply is GRANTED. Plaintiff is instructed to file her Sur-Reply as a separate docket entry within two (2) business days of the entry of this ORDER.

///

1   IT IS SO ORDERED.

2

3   DATED: February 21, 2024

4

5   _____
    The Honorable Judge Maxine M. Chesney
6   United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
[PROPOSED] ORDER GRANTING RENEE EDGREN'S MOTION FOR LEAVE OF COURT TO FILE SUPPLEMENTAL SUR-REPLY IN SUPPORT OF HER MOTION FOR CLASS CERTIFICATION AS TO DEFENDANT MARS PETCARE US, INC.- CASE NO. 3:16-cv-7001-MMC