IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA MOORE, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>MARS PETCARE US, INC., et al.,<br>　　　　Defendants. | Case No. 16-cv-07001-MMC<br><br>**ORDER RE: PARTIES REQUESTS FOR LEAVE TO FILE, RESPECTIVELY, SUPPLEMENTAL SUR-REPLIES AND SUPPLEMENTAL SUR-SUR-REPLIES** |

　　　　Before the Court are plaintiffs' Motions, filed February 8, 2024, to File Supplemental Sur-Replies in Support of Their Motions for Class Certification. (See Dkts. 398, 399, 400.) Defendants have filed Partial Opposition, whereby defendants state that if the Court is inclined to consider plaintiffs' proposed new class definition, defendants request leave to file supplemental sur-sur-replies.

　　　　Having read and considered the parties' respective written submissions, the Court deems the matters appropriate for determination thereon, and, by separate orders filed concurrently herewith has granted plaintiffs' motions.

　　　　Additionally, good cause appearing, defendants' request to file supplemental sur-sur-replies is hereby GRANTED, said supplemental briefs, each not to exceed 6 pages in length, are to be filed on or before March 6, 2024.

　　　　In light of the above, the hearing on the motions to file sur-replies, currently noticed for March 22, 2024, is hereby VACATED.

　　　　**IT IS SO ORDERED.**

Dated: February 21, 2024

　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge