IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA MOORE, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>MARS PETCARE US, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 16-cv-07001-MMC<br><br>**ORDER RE: PLAINTIFFS' MOTION FOR LEAVE TO FILE ORDER OF DISCHARGE ENTERED BY BANKRUPTCY COURT** |

　　　　Before the Court is plaintiffs' Motion, filed February 1, 2024, "for Leave to File Order of Discharge Entered by Bankruptcy Court Closing the Bankruptcy Case of Plaintiff Nichols Smith," which filing includes a Memorandum of Points and Authorities and by which plaintiffs seek leave to file said Bankruptcy Court order, "along with a brief argument." (See Doc. No. 396 at 5.)

　　　　Defendant Hill's Pet Nutrition, Inc. ("Hills") has filed Opposition, by which Hills states it "does not oppose the filing or consideration of the Bankruptcy Court's order" (see Doc. No. 397 at 1), and submits, in essence, a memorandum of points and authorities in opposition to the arguments made in plaintiffs' memorandum.

　　　　The Court having read and considered the parties' respective written submissions, the Motion for Leave is hereby GRANTED.

　　　　Plaintiffs are hereby directed to file, no later than February 27, 2024, a Notice of Bankruptcy Court Order of Discharge, attaching thereto the docket entries submitted as Exhibit A to their Motion for Leave along with the Memorandum of Points and Authorities accompanying said motion, but including no additional documentation.

　　　　The Court will consider the parties' respective memoranda in connection with

plaintiffs' Motion for Class Certification.

**IT IS SO ORDERED.**

Dated: February 23, 2024

_____
MAXINE M. CHESNEY
United States District Judge